

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JESUS ALBERTO MIRELES, | § | No. 08-19-00221-CR |
| | § | Appeal from the |
| Appellant, | | |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D04852) |

## **O R D E R**

Pending before the Court is a motion filed by James Lucas to withdraw as counsel of record. The motion to withdraw is GRANTED. The trial court is ordered to appoint new counsel to represent Appellant on appeal. The trial court shall forward its order of appointment to the District Clerk of El Paso County, Texas, on or before July 29, 2021. The District Clerk shall prepare and forward a supplemental clerk's record containing the appointment and forward the same to this Court on or before August 8, 2021.

IT IS SO ORDERED this 9th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.